[Nos. 23342-8-II; 23452-1-II. Division Two. December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA MARIE SANTIAGO, *Appellant*. THE STATE OF WASHINGTON, *Respondent*, v. RONNIE JACKSON, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 96-1-04719-0 and 97-1-04688-6, Marywave Van Deren, J., entered May 18, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld, J., and Wood, J. Pro Tem.

[No. 23601-0-II. Division Two. December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE PENNINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00342-0, Jay B. Roof, J., entered July 10, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 45512-5-I. Division One. December 18, 2000.]

*In the Matter of the Parentage of* LANDON LYDIG, KIMBERLY HARA, *Respondent*, and RUSSELL LYDIG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-5-00691-5, Steven G. Scott, J., entered October 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18326-2-III. Division Three. December 19, 2000.]

BILLY E. PHELPS, ET AL., *Appellants*, v. FRANKLIN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-2-50421-6, Philip M Raekes, J., entered March 23, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.